**STATE of Missouri, Respondent,**

v.

**Damon D. FRANKLIN, Appellant.**

**No. ED 82134.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 21, 2003.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck Burgess, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Defendant Damon Franklin, appeals from his conviction, after a jury trial, for robbery in the second degree. He was sentenced to imprisonment for ten years.

No jurisprudential purpose would be served by a written opinion. The judgment of conviction is affirmed. Rule 30.25(b).